■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN SOLOVEY, Also Known as KAREN M. SOLOVEY, Also Known as KAREN GRISANTE, Appellant. [935 NYS2d 266]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Fahey, J.P., Peradotto, Lindley, Green and Gorski, JJ.